IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARM SANCTUARY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 6:20-cv-6081-FPG |
| | ) |
| SONNY PERDUE, in his official capacity as Secretary of Agriculture, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION AND MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT**

Please take notice that Defendants respectfully move the Court to dismiss this case because the Court lacks subject matter jurisdiction. *See* Fed. R. Civ. P. 12(b)(1). Defendants explain the grounds for this motion in their supporting memorandum of law.

Please also take notice that Defendants may wish to file and serve reply papers. Consistent with the parties' agreement and the Court's order, *see* ECF No. 12, the briefing schedule that the Court entered on April 13, 2020, *see* ECF No. 11, continues to govern this motion.

Dated: May 4, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director

*/s/ Bradley Craigmyle*
BRADLEY CRAIGMYLE (IL 6326760)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

1

Washington, DC 20005
Tel: (202) 616-8101
Fax: (202) 616-8460
Email: bradley.t.craigmyle@usdoj.gov

*Counsel for Defendants*