# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARM SANCTUARY, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THOMAS VILSACK, in his official capacity ) <br> as Secretary of Agriculture, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | **Plaintiffs' Notice of Motion and Motion for Summary Judgment** <br><br> Case No. 6:20-cv-6081-EAW-MWP |

PLEASE TAKE NOTICE that Plaintiffs Farm Sanctuary, Animal Legal Defense Fund, Animal Outlook, Animal Welfare Institute, Compassion in World Farming, Farm Forward, and Mercy for Animals, Inc. respectfully move the Court for summary judgment. Pursuant to the Court's January 24, 2022 scheduling order (DKT 46) and Local Rule of Civil Procedure 56, Plaintiffs' motion is supported by a separate statement of undisputed facts annexed to the notice of motion, Plaintiffs' memorandum of law in support of this motion, and the administrative record filed in this case, DKT 40, 43.

Dated: March 18, 2022                                               Respectfully submitted,

/s/ Holly Bainbridge                                                /s/ Jessica L. Blome
Holly Bainbridge (California Bar #323201)      Jessica L. Blome (California Bar #314898)
*Admitted Pro Hac Vice*                                       Greenfire Law, PC
Animal Legal Defense Fund                              P.O. Box 8055
525 East Cotati Avenue                                      Berkeley, CA 94707
Cotati, CA 94931                                                  (510) 900-9502
(707) 795-2533                                                      jblome@greenfirelaw.com
hbainbridge@aldf.org                                         *Counsel for Plaintiffs*
*Attorneys for Animal Legal Defense Fund*

1