IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FARM SANCTUARY, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>THOMAS VILSACK, in his official capacity as Secretary of Agriculture, *et al.*,<br><br>                    Defendants. | Case No. 6:20-cv-6081-EAW-MWP |

**DEFENDANTS' NOTICE OF CROSS-MOTION AND
CROSS-MOTION FOR SUMMARY JUDGMENT**

Please take notice that Defendants, Thomas Vilsack in his official capacity as the Secretary of Agriculture; the U.S. Department of Agriculture; the Food Safety and Inspection Service; and Paul Kiecker, in his official capacity as Administrator of the Food Safety and Inspection Service, respectfully move the Court for summary judgment on all claims asserted in Plaintiffs' First Amended Complaint. *See* Fed. R. Civ. P. 56. Defendants explain the grounds for this motion in their supporting memorandum of law, and have additionally submitted a statement of undisputed material facts and a proposed order.

Dated: June 7, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA 272510)
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue

San Francisco, CA 94102
Tel: (415) 436-6646
Email: m.andrew.zee@usdoj.gov

*Counsel for Defendants*